IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

       v.

MARTELL A. KING,

Defendant.                               No. 10-cr-30049-DRH

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On March 15, 2012, this court entered a second order for forfeiture against defendant Martell A. King, for the following property which had been seized from the defendant:

**One Springfield Armory 1911 A1 .45 caliber, semi-automatic pistol, bearing serial number WW42282 and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 25, 2012, and ending May 24, 2012, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Second Order of Forfeiture filed on March 15, 2012, namely:

> **One Springfield Armory 1911 A1 .45 caliber, semi-automatic pistol, bearing serial number WW42282 and any and all ammunition contained therein.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law.  The disposal may, at the discretion of the United States, include the destruction of the property.  The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**IT IS SO ORDERED.**

Signed this 25th day of October, 2012.

Digitally signed by
David R. Herndon
Date: 2012.10.25
12:30:32 -05'00'

**Chief Judge
United States District Court**